IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PETER VAN PATTEN, M.D., et al., | Civil No. 03:12-2343-PK |
| Plaintiff(s), | |
| v. | **ORDER OF DISMISSAL** |
| WILLAMETTE VALLEY MEDICAL | |
| Defendant(s). | |

Based on the parties' Stipulated Notice of Voluntary Dismissal, filed 1/21/13,

IT IS ORDERED that this action is DISMISSED with prejudice and without an award of costs and attorneys' fees to any party. Pending motions, if any, are DENIED AS MOOT.

Dated this 24th day of January, 2013.

by /s/ Paul Papak
Paul Papak
United States Magistrate Judge